NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Melvin V. Feavel,<br><br>  Plaintiff,<br><br>  v.<br><br>Department of Veterans Affairs, a United States Governmental Entity; DOE DRIVER; DOES 1 through 10; ROE CORPORATIONS 11 through 20, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-01305-GMN-EJY<br><br>**Stipulation and Order to Correct Caption and Dismiss Plaintiff's Second Cause of Action** |

Defendant United States of America, on behalf of the Department of Veterans Affairs, and Plaintiff Melvin V. Feavel, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff will amend the case caption to identify the proper Defendant as the United States of America and remove the Department of Veterans Affairs and DOE DRIVER as defendants;

2. Plaintiff will amend his complaint and dismiss his second cause of action for negligent hiring, training, retention and supervision.

3. Plaintiff will file his amended complaint by no later than Friday, November 8, 2019; and,

4. Defendant will file its answer to the amended complaint in accordance with the current deadline which is no later than Monday, December 2, 2019.

Respectfully submitted this 5th day of November 2019.

| | |
|---|---|
| HARRIS & HARRIS LAWYERS | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *Christian N. Griffin*<br>CHRISTIAN N. GRIFFIN<br>Nevada Bar No. 10601<br>1645 Village Center Circle, Ste. 60<br>Las Vegas, Nevada 89134<br>cgriffin@harrislawyers.net | /s/ *Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 6, 2019