NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Brianna.Smith@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Melvin V. Feavel,<br><br>        Plaintiff,<br>v.<br><br>United States of America; DOES 1 through 10; ROE CORPORATIONS 11 through 20, inclusive,<br><br>        Defendant. | Case No. 2:19-cv-01305-GMN-EJY<br><br>**Stipulation and Order to Stay Case Proceeding** |

      The parties, through their counsel, Brianna Smith, Assistant United States Attorney, on behalf of Defendant United States of America ("the United States"), and Christian N. Griffin, Esq., on behalf of Plaintiff Melvin V. Feavel, hereby agree to stay the current deadlines (at ECF No. 16) to prevent the expiration of deadlines during this time period of uncertainty surrounding COVID-19. The remaining discovery to be conducted is as outlined in ECF No. 16, which includes the deposition of Plaintiff who falls within the high-risk group.

*/ /*

*/ /*

*/ /*

The parties further agree to confer to lift the stay and will submit an interim status report to the court by **May 1, 2020** with the status of the case and proposed amended discovery plan to proceed based on the current dynamics.

Respectfully submitted this 18th day of March 2020.

| | |
|---|---|
| HARRIS HARRIS LAWYERS | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Christian N. Griffin<br>Christian N. Griffin, Esq.<br>1645 Village Center Circle, Suite 60<br>Las Vegas, Nevada 89134 | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney |
| *Attorneys for Plaintiff Melvin V. Feavel* | *Attorneys for Defendant Sonny Perdue* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

DATED: March 23, 2020