CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Brianna.Smith@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Melvin V. Feavel,<br><br>      Plaintiff,<br>v.<br><br>United States of America; DOES 1 through 10; ROE CORPORATIONS 11 through 20, inclusive,<br><br>      Defendant. | Case No. 2:19-cv-01305-GMN-EJY<br><br>**Joint Stipulation to Stay Case Pending Resolution** |

      Brianna Smith, Assistant United States Attorney, on behalf of Defendant United States of America, and Christian Griffin, on behalf of Plaintiff Melvin Feavel, submit the following joint stipulation requesting that this Court stay this case for 60 days.

      The parties are engaged in productive settlement discussions and need some additional time to work out some issues related to potential liens in place by the Veterans Administration. The parties have exchanged settlement numbers and need additional time to work out the final details.

      In order to avoid the expiration of all case deadlines, while the parties are engaged in good-faith negotiations, the parties jointly request that the court continue the stay in this case for an additional 60 days. At the expiration of 60 days, on August 14, 2021, the parties will file a status report to the Court either: (1) notifying the Court that the parties have reached a settlement, or; (2) providing a proposed discovery plan and scheduling order

setting dates by which they will complete the remaining discovery, file dispositive motions, and file a joint pretrial order.

    Respectfully submitted this 14th day of June 2021.

| | |
|---|---|
| HARRIS HARRIS LAWYERS | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Christian N. Griffin*<br>Christian N. Griffin, Esq.<br>1645 Village Center Circle, Suite 60<br>Las Vegas, Nevada 89134 | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 17, 2021