1 BRIANNA SMITH
Assistant United States Attorney
2 Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
3 Las Vegas, Nevada 89101
Telephone: 702-388-6336
4 Brianna.Smith@usdoj.gov

5 *Attorneys for the United States*

6                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
7

8 Melvin V. Feavel,                          Case No. 2:19-cv-01305-GMN-EJY

9                  Plaintiff,
        v.                                   **Joint Stipulation to Stay Case Pending**
10                                           **Settlement [ECF No. 36]**
United States of America; DOES 1 through
11 10; ROE CORPORATIONS 11 through 20,
inclusive,
12
                  Defendant.
13

14        The parties hereby submit the following joint stipulation requesting that this Court

15 stay this case for an additional 60 days. The parties have now resolved this matter and are

16 currently in the process of exchanging settlement documents. Upon receipt of the necessary

17 documents, defense counsel will process the settlement to the Judgment Fund which

18 usually takes around 30 days to process and wire the funds.

19 . . .

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

1    Accordingly, the parties move to stay the case for an additional 60 days and will

2  submit a status report by no later than October 13, 2021, or a stipulation for dismissal of

3  the case.

4    Respectfully submitted this 12th day of August 2021.

5  HARRIS HARRIS LAWYERS                    CHRISTOPHER CHIOU
                                            Acting United States Attorney
6

7   /s/ Christian N. Griffin                 /s/ Brianna Smith
   Christian N. Griffin, Esq.               BRIANNA SMITH
   1645 Village Center Circle, Suite 60     Assistant United States Attorney
8  Las Vegas, Nevada 89134

9  *Attorneys for Plaintiff*                 *Attorneys for Defendant*

10

11                                           **IT IS SO ORDERED:**

12

13                                           **UNITED STATES ▬▬▬▬▬ JUDGE**

14                                           **DATED:** ___August 18, 2021___

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2